# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARSHALL-ALAN GIDNEY,<br><br>    Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY ELECTION DEPARTMNET,<br><br>    Defendant(s). | Case No. 2:24-cv-02036-JAD-NJK<br><br>**REPORT AND RECOMMENDATION**<br><br>[Docket No. 1] |

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1.

The Court may authorize the commencement of an action without prepayment of fees and costs, or security therefor, by a person who has shown an inability to pay such costs. 28 U.S.C. § 1915(a)(1). A determination of whether the plaintiff has shown an inability to pay is a matter left to the discretion of the Court. *See, e.g.*, *Flores v. Colvin*, 2014 U.S. Dist. Lexis 93236, at *2 (D. Nev. May 22, 2014), *adopted*, 2014 U.S. Dist. Lexis 93234 (D. Nev. July 9, 2014). While an applicant need not be absolutely destitute to qualify for a waiver of costs and fees, the applicant must demonstrate an inability to pay those costs while still providing for the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948).

In this case, Plaintiff's application is incomplete in that he indicates that he is self-employed but he does not identify the amount he has received and expects to receive in the future from that self-employment. *See* Docket No. 1 at 1 (questions 2, 3). Even more problematically, however, Plaintiff's application shows that he has significantly more money on hand than is required for the filing fee. *See id.* at 2 (identifying $2,814 in cash or in checking/savings accounts).

Accordingly, the undersigned **RECOMMENDS** that the application to proceed *in forma pauperis* be **DENIED** and that Plaintiff be required to pay the filing fee.

Dated: November 4, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).