UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARSHALL-ALAN GIDNEY,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY ELECTION DEPARTMNET,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-02036-JAD-NJK<br><br>**ORDER**<br><br>[Docket Nos. 1, 6] |

　　　　Pending before the Court is a report and recommendation that Plaintiff's application to proceed *in forma pauperis* be denied. Docket No. 6 (report and recommendation); *see also* Docket No. 1 (application to proceed *in forma pauperis*). Plaintiff thereafter paid the filing fee. Docket No. 8. Accordingly, the report and recommendation is **WITHDRAWN** and the application to proceed *in forma pauperis* is **DENIED** as moot.

　　　　As noted earlier by Judge Dorsey, Docket No. 5 at 2, Plaintiff has not filed a complaint. Accordingly, Plaintiff must file a complaint by November 20, 2024. **Failure to file a complaint by this deadline may result in dismissal of this case.**

　　　　IT IS SO ORDERED.

　　　　Dated: November 6, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1