# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARSHALL-ALAN GIDNEY,<br><br>    Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY ELECTION DEPARTMENT,<br><br>    Defendant(s). | Case No. 2:24-cv-02036-JAD-NJK<br><br>REPORT AND RECOMMENDATION |

Although Plaintiff paid the filing fee, *see* Docket No. 8, Plaintiff did not file a complaint with his factual allegations, cause(s) of action, statement of jurisdiction, and relief sought, *but see, e.g.*, Fed. R. Civ. P. 8(a).

On November 6, 2024, the Court ordered Plaintiff to file a complaint by November 20, 2024. Docket No. 9 at 1; *see also* Docket No. 5 at 2 (earlier order by United States District Judge Jennifer A. Dorsey regarding the absence of a complaint). The Court warned that "**[f]ailure to file a complaint by this deadline may result in dismissal of this case**." Docket No. 9 at 1 (emphasis in original). To date, Plaintiff has not filed a complaint or otherwise responded to the order. The case cannot proceed without the filing of a complaint.

Moreover, Plaintiff's refusal to comply with the Court's order is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the order of this Court notwithstanding the warning that case-dispositive sanctions may be imposed.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: December 5, 2024

                                              _____
                                              Nancy J. Koppe
                                              United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).